# Exhibit 1

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND
### Civil Division

| | |
|---|---|
| MARTIZ JOHNSON<br>16141 George's Ct. apt. B1<br>Baltimore, MD 21222<br><br>        Plaintiff,<br><br>v.<br><br>SAMS WEST, INC<br>d/b/a Sam's Club<br>702 SW 8th St.<br>Bentonville, AR 72716<br><br>   Serve On Resident Agent:<br>   The Corporation Trust, Inc.<br>   2405 York Road, Suite 201<br>   Lutherville Timonium, MD 21093<br><br>        Defendant. | Case No.: |

## COMPLAINT

COMES NOW Plaintiff, Martiz Johnson, by and through her attorneys, Danielle A. Garcia, Esq., and Malloy Law Offices, LLC., sues Defendant, Sams West, Inc (*hereinafter* "Sam's Club"), and for cause states:

### PARTIES.

1. Plaintiff, Martiz Johnson, is an adult resident of Baltimore County, Maryland.

2. Defendant, Sam's Club, is a corporation whose principal office is in Bentonville, Arkansas and who conducts business in Baltimore County, Maryland.

3. At all relevant times, Defendant, Sam's Club, operated a store at: 6410 Petrie Way, Rd. Baltimore, MD 21237 (*hereinafter* "the premises").

1

## JURISDICTION AND VENUE.

4. Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-102 (1976).

5. Venue is proper in this judicial district and division pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-201 (2006).

## FACTS COMMON TO ALL COUNTS

6. On or about August 22, 2020, Plaintiff was a patron walking at the premises.

7. After Plaintiff checked out at counter number 5 she began walking, pushing her art toward the exit.

8. Suddenly without warning, Plaintiff slipped on a wet substance on the floor.

9. She managed to hold onto her art tight enough to prevent her from falling to the ground but she twisted her right knee in the struggle.

10. At all times relevant, Plaintiff was an invitee on Defendant's premises.

### COUNT I
(Negligence – Sam's Club)

11. Paragraphs one (1) through ten (10) are incorporated by reference as if fully restated herein.

12. Defendant, Sam's Club, owed a duty to Plaintiff and to other invitees to protect them from any unreasonable dangers on the premises and/or warn them of such dangers.

13. Defendant, Sam's Club, breached said duty owed to Plaintiff by (a) failing to maintain the premises free of hazards on the floor; (b) failing to maintain a stable surface on the grounds; (c) failing to keep grounds in a manner that is safe to customers; and (e) by failing to warn Plaintiff of the hazard and dangerous conditions on or around the premises.

14. As a result of Defendant's negligence as set forth above and the resultant slip, Plaintiff was caused to suffer and sustain severe and painful injuries to her right knee, and was caused to suffer shock to her nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

15. As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries.

16. As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

17. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due to and by reason of the negligence, carelessness and recklessness of Defendant, Sam's Club, with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

18. At all times relevant hereto Plaintiff was exercising due care for her own safety.

WHEREFORE, Plaintiff, Martiz Johnson, claims a sum in excess of Seventy Five Thousand Dollars ($75,000.00) as damages against Defendant, Sams West, Inc.

Respectfully submitted,

Danielle A. Garcia, Esq.
CPF # 1512150240
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Danielle@malloy-law.com
*Attorney for Plaintiff*

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND
Civil Division

| | |
|---|---|
| MARTIZ JOHNSON<br>16141 George's Ct. apt. B1<br>Baltimore, MD 21222<br><br>     Plaintiff,<br><br>v.<br><br>SAMS WEST, INC<br>d/b/a Sam's Club<br>702 SW 8th St.<br>Bentonville, AR 72716<br><br>  Serve On Resident Agent:<br>  The Corporation Trust, Inc.<br>  2405 York Road, Suite 201<br>  Lutherville Timonium, MD 21093<br><br>     Defendant. | Case No.: |

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

*(signature)*

Danielle A. Garcia, Esq.
CPF # 1512150240
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Danielle@malloy-law.com
*Attorney for Plaintiff*

4